UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARONA M. WILLIAMS,
o/b/o J.R.W., a minor,

          Plaintiff,

v.                                       Case Number 05-73712
                                       Honorable Julian Abele Cook, Jr.

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY,

          Defendant.

_____

## ORDER

On October 28, 2002, the *pro se* Plaintiff, Sharona M. Williams, filed an application for Supplemental Security Income on behalf of her son, Jaleel Rashad Williams. In Williams' application, she contended that her son was entitled to Social Security benefits, citing his disabilities as th result of an attention deficit hyperactivity disorder, a bipolar disorder, as well as an oppositional defiant disorder.

On January 14, 2003, the Social Security Administration (SSA) denied her claim for benefits. Feeling aggrieved, Williams sought and subsequently obtained a hearing before an administrative law judge who concluded that neither she nor her son were entitled to benefits because Jaleel did not have an impairment or a combination of impairments that met, medically equaled, or functionally equaled any impairment listed in Appendix 1 of the Social Security Regulations, 20 C.F.R. Pt. 404, Subpt. P., App. 1. Williams then sought a review of the administrative law judge's decision with the Social Security Administration's Appeals Council which ultimately rejected her appeal for relief on July 25, 2005.

On September 28, 2005, Williams filed a suit in this federal Court, seeking a review of the administrative record. *See* 42 U.S.C. §§ 405(g), 1383(c)(3). In February and March of this year, the parties filed motions for summary judgment, both of which were calculated to advance their respective positions in this controversy. On May 1, 2006, Magistrate Judge Virginia A. Morgan submitted a Report, in which she recommended to this Court that it (1) grant the Commissioner's motion for summary judgment, (2) deny the Williams' motion for summary judgment, and (3) dismiss the Plaintiff's complaint with prejudice.

The record indicates that neither of the parties filed any objections to the Report within the time frame allowed by 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). Therefore, the Court, following its review of the entire record and believing that the written expressions of Magistrate Judge Morgan are factually and legally correct, (1) accepts and adopts the recommendation within her Report, (2) grants the motion for summary judgment of Jo Anne B. Barnhart, Commissioner of Social Security, for the entry of a summary judgment, (3) denies Williams' motion for similar relief, and (4) dismiss Williams' complaint with prejudice.

IT IS SO ORDERED.

Dated: June 19, 2006                                             s/ Julian Abele Cook, Jr.
       Detroit, Michigan                                     JULIAN ABELE COOK, JR.
                                                            United States District Court Judge

### Certificate of Service

I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I further certify that I mailed a copy to the non-ECF participant(s).

                                                                                                         s/ Kay Alford
                                                                                                         Courtroom Deputy Clerk